**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | **22-07866** |
|     Ritchie Spraglin | ) | | |
| | ) | Chapter: | **Chapter 13** |
|         Debtor | ) | | |
| | ) | Judge: | **Timothy A. Barnes** |

## NOTICE OF MOTION

**TO:** See attached list

    PLEASE TAKE NOTICE that on February 9, 2023 at 9:30 AM, I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, **either** in Courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604, **or** electronically as described below, and present the motion of Ritchie Spraglin for a Rule to Show Cause why American Guard Group LLC Should not be Held in Contempt, a copy of which is attached.

    **All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

    You may appear electronically be video or by telephone.

    **To appear by video**, use this link: https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

    **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

    **Meeting ID and passcode**.  The meeting ID for this hearing is 161 329 5276 and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's website.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

    **By:**     */s/ Dale Allen Riley*
                                Dale Allen Riley
                                Geraci Law L.L.C.
                                55 E. Monroe Street #3400
                                Chicago, Illinois 60603
                                312.332.1800
                                ndil@geracilaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | ) | **Case No:** | **22-07866** |
| **Ritchie Spraglin** | ) | | |
| | ) | **Chapter:** | **Chapter 13** |
| **Debtor** | ) | | |
| | ) | **Judge:** | **Timothy A. Barnes** |

### CERTIFICATE OF SERVICE

   I, Dale Allen Riley, hereby certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list by causing the same to be mailed in a properly addressed envelope, postage prepaid, from 55 E. Monroe, Suite 3400, Chicago, Illinois, on February 2, 2023 at 1:57 PM.

Rec No. 879519
WD - NOTICE OF MOTION HYBRID

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | **Case No:**     22-07866 |
|     Ritchie Spraglin | ) | |
| | ) | **Chapter:**     Chapter 13 |
|             Debtor | ) | |
| | ) | **Judge:**         Timothy A. Barnes |

**LIST OF PARTIES SERVED**

Marilyn O. Marshall, 224 S. Michigan Ave. #800 , Chicago, IL 60604

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Ritchie Devon Spraglin, 6818 S Jeffery Blvd , Chicago, IL 60649

American Guard Group LLC, 2333 N Seeley Ave, Chicago, IL 60647

Brock Kowske, 2333 N Seeley, Ste 1S, Chicago, IL 60647

American Guard Group LLC c/o United State Corporation Agen, 500 N Michigan, Ste 600, Chicago, IL 60611

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 22-07866 |
|    Ritchie Spraglin | ) | | |
|       Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Timothy A. Barnes |

### RULE TO SHOW CAUSE

NOW COMES the Debtor, Mr. Ritchie Spraglin (the "Debtor"), by and through his attorneys, Geraci Law L.L.C., to present his **RULE TO SHOW CUASE,** and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed his Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 07/14/2022.

3. On 7/18/2022 the Court entered an order for the Debtor's employer to withhold $116 biweekly and pay those funds to Trustee Marilyn O. Marshall ("the Trustee") at least once a month. See attached Exhibit A.

4. The Debtor's employer, withheld a total of $1,314 in the 2022 calendar year pursuant to this order and as of the Debtor's 1/20/2023 paystub had withheld an additional $232, totaling $1,546 in total funds withheld as of 1/20/2023. See attached Exhibit B.

5. Upon information and belief those funds continue to be deducted from Debtor's pay to this date, which would mean the total withheld as of the filing of this motion should be $1,662.

6. To date only $928 of those funds have posted to the Trustee's system. See attached Exhibit C.

7. The Debtor and his counsel have attempted to resolve this matter without resorting to motion practice but every time that they have reached out to the Debtor's employer their

representative has either stated that checks will be mailed shortly or alleged that they only need to send funds quarterly.

8. The Debtor respectfully requests that this Court enter an order instructing American Guard Group, LLC to explain why they should not be held in contempt for their failure to timely remit funds to the Trustee.

WHEREFORE THE DEBTOR, Mr. Ritchie Spraglin, respectfully requests this Honorable Court enter an order:

1. Instructing American Guard Group, LLC to show why they should not be held in contempt for their failure to comply with the withholding order by a future date, and.

2. For any other relief the court deems proper.

**By:** _____/s/ Dale Allen Riley___
Dale Allen Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):  877.247.1960